UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN T. BYBEL,

    Petitioner,

v.                                         Case No. 5:17cv062/MCR/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.
    _____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge that the case be transferred to the United States District Court for the Middle District of Florida, Tampa Division. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. On de novo review, the Court has determined that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. Therefore, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer the case to the United States District Court for the Middle District of Florida, Tampa Division.

**DONE** and **ORDERED** this 5th day of May, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**